YOUNG, APPELLANT, *v.* YOUNG, APPELLEE.

[Cite as *Young v. Young* (1994), 70 Ohio St.3d 679.]

(No. 94–1220—Submitted September 13, 1994—Decided November 9, 1994.)

*Gretchen K. Beers* and *Ann Ratcliff,* Miami County Child Support Enforcement Agency, for appellant.

*Louie R. Kindell & Associates* and *Louie R. Kindell,* for appellee.

The discretionary appeal is allowed; the judgment of the court of appeals is reversed and the judgment of the court of common pleas is reinstated on the authority of *Cramer v. Petrie* (1994), 70 Ohio St.3d 131, 637 N.E.2d 882.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.